**Opinion issued February 10, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00380-CV

———————————

### ALISSA CATHERINE ALLEN, Appellant

### V.

### HOUSTON HOUSE HI RISE, Appellee

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1169929**

---

## MEMORANDUM OPINION

Appellant, Alissa Catherine Allen, has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a), 38.8(a). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Guerra.